JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **CV 17-00771 BRO (Ex)** | | Date | October 3, 2017 |
|---|---|---|---|---|
| Title | **BAMBA FALL v. THE BANK OF NEW YORK MELLON ET AL.** | | | |

Present: The Honorable   **VIRGINA A. PHILLIPS, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

**ORDER RE DISMISSAL FOR LACK OF PROSECUTION**

Plaintiff filed a Complaint with this Court on January 31, 2017.

On September 14, 2017, the Court issued an Order to Show Cause Re: Lack of Prosecution in light of the Plaintiff's failure to appear at the Scheduling Conference. The Order specifically warned Plaintiff that the Court could dismiss this action if good cause was not shown for any extension of time. Plaintiff was to respond to the Court's Order to Show Cause no later than September 29, 2017. To date, however, no response to the Court's Order has been filed with this Court.

Accordingly, the Court hereby dismisses the action without prejudice for lack of prosecution and for failure to respond to the Court's Order to Show Cause.

**IT IS SO ORDERED.**

| | : |
|---|---|
| Initials of Preparer | rf |